1/9/2018 3:31 PM
Chris Daniel - District Clerk Harris County
Envelope No. 21711169
By: Justin Fitzgerald
Filed: 1/9/2018 3:31 PM

# G. CRIST BURGER
*Attorney at Law*

6363 WOODWAY, SUITE 725
HOUSTON, TEXAS 77057-1714
(713) 783-4120
FAX: (713) 783-8812
gcristburger@gmail.com

January 8, 2018

Chris Daniel
Harris County District Clerk
201 Caroline, Ste. 420
Houston, Texas 77002

RE: Return of Citation – File
No. 2017-84242; Manuel Perez Aguilar vs. Jay Donald Stark, et al;
In The Civil District Court of Harris County, Texas, 11th Judicial District

Mr. Daniel,

Please file the attached Return of Citation in the above referenced case file.

Thank you for your assistance.

Sincerely,

G. Crist Burger

Certified Document Number: 78097896 - Page 1 of 1

EXHIBIT A



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 23, 2018

Certified Document Number:        78097896 Total Pages: 1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

EXHIBIT A

## CONSTABLE'S RETURN
## 2017-84242 / Court: 011

Chris Daniel - District Clerk
Harris County
Envelope No: 21711169
By: FITZGERALD, JUSTIN M
Filed: 1/9/2018 3:31:03 PM

**Style of Case:** MANUEL PEREZ AGUILAR v. JAY DONALD STARK, et al.,

Came into hand, this **28** day of **December** 20 **17**, at **12:10** **P.** M. By executing and delivering a **Citation** issued out of the state of **TEXAS** under cause number: **201784242** on the **28** Day **December**, 20 **17**, at **3:25** o'clock **P.** M., to:

_____ personally delivered/served true and correct copies of same.

**OTHER NOTES:** _____

☐ _____ pursuant to Rule 106/Rule 501, to an occupant:
_____ over the age of 16 years.

☐ _____ pursuant to Rule 106/Rule 501, by securely attaching and/or affixing to the _____ of the defendant's last known place of
☐ Business  ☐ abode.

☒ Mercer Transportation Co., Inc., (A Foreign Corporation)  ☐ A Corporation  ☐ A Business

**Name:** C T CORPORATION SYSTEM  ☐ President ☐ Vice-President ☒ Registered Agent
☒ By delivering to C T CORPORATION SYSTEM through their authorized employee to accept service through their authorized employee to accept service: Terri Thongsavat, Operations Specialist.

**Service Address:** 1999 BRYAN STREET, SUITE #900, DALLAS, TEXAS 75201

**RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS:**

_____

**Service Fees: $** 80.00

F. A. BROMLEY #103  DEPUTY CONSTABLE
TRACEY L. GULLEY, CONSTABLE
DALLAS COUNTY PRECINCT 1

**COUNTY OF DALLAS** §
§
**STATE OF TEXAS** §

**SIGNED AND SWORN BY SAID** _____, before me, this _____
**day of** _____, to certify which, witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

Certified Document Number: 78097897 - Page 1 of 1

**EXHIBIT A**



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 23, 2018

Certified Document Number:        78097897 Total Pages: 1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

EXHIBIT A

1/9/2018 4:18 PM
Chris Daniel - District Clerk Harris County
Envelope No. 21713975
By: Justin Fitzgerald
Filed: 1/9/2018 4:18 PM

# G. CRIST BURGER
*Attorney at Law*

6363 WOODWAY, SUITE 725
HOUSTON, TEXAS 77057-1714
(713) 783-4120
FAX: (713) 783-8812
gcristburger@gmail.com

January 9, 2018

Chris Daniel
Harris County District Clerk
201 Caroline, Ste. 420
Houston, Texas 77002

RE: Officer's Return (Stark) – Request to File
No. 2017-84242; Manuel Perez Aguilar vs. Jay Donald Stark, et al;
In The Civil District Court of Harris County, Texas, 11th Judicial District

Mr. Daniel,

Please file the attached Officer's Return in the above referenced case file.

Thank you for your assistance.

Sincerely,

G. Crist Burger

**EXHIBIT A**



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 23, 2018

Certified Document Number:       78102648 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

EXHIBIT A

Chris Daniel - District Clerk
Harris County
Envelope No: 21713975
By: FITZGERALD, JUSTIN M
Filed: 1/9/2018 4:18:13 PM

Cause No.: 201784242　　{}　　In the 11th District Court
　　　　　　　　　　　　　　{}　　HARRIS County
　　　　　　　　　　　　　　{}

Plaintiff:
MANUEL PEREZ

Defendant:
JAY DONALD STARK

## Officer's Return

Came to hand December 29, 2017 at 10:12 A.M. and executed in Travis County, Texas, on January 02, 2018 at 1:15 P.M. by delivering to JAY DONALD STARK by delivering to J. BRUCE BUGG, JR Chairman of the Texas Transportation Commission, at 125 E. 11th Street, Austin, Texas, 78701, by delivering to BAILEY HAMER, designated agent for the Chairman of the Texas Transportation Commission, duplicate true copies of the citation (STATE HIGHWAY COMMISSION) together with duplicate copies of the Plaintiff's ORIGINAL petition AND REQUEST FOR DISCLOSURE.

Carlos B. Lopez,
Travis County Constable Precinct 5
Travis County, Texas

by: _____
Edd Curry, Deputy

Certified Document Number: 78102649 - Page 1 of 1

EXHIBIT A



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 23, 2018

Certified Document Number:        78102649 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

EXHIBIT A