IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MANUEL PEREZ AGUILAR § | |
| § | |
| V. § | CIVIL ACTION NO. 4:18-C-V-00212 |
| § | |
| MERCER TRANSPORTATION CO., INC. § | |
| AND JAY DONALD STARK § | TRIAL BY JURY IS DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT;

COME NOW Manuel Perez Aguilar, Plaintiff, and Mercer Transportation Co., Inc. and Jay Donald Stark, Defendants, under Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby file this Agreed Stipulation of Dismissal with Prejudice. The Parties stipulate to the Court that all claims asserted, or could have been asserted, in this suit are dismissed with prejudice. The Parties who have appeared in this case have agreed to this stipulation as indicated by the signatures below.

This Stipulation of Dismissal serves to dismiss all claims asserted by The Parties and made the subject matter of this lawsuit.

Respectfully submitted,

**LORANCE THOMPSON**

David W. Prasifka
FBN: 7516
SBN: 16231700
2900 North Loop West, Suite 500
Houston, Texas 77092
Telephone: 713/868-5560
Facsimile: 713/864-4671
dwp@lorancethompson.com
**ATTORNEY FOR DEFENDANTS**

                                                                                     _____

G. Crist Burger
SBN:03378625
6363 Woodway, Suite 725
Houston, TX 77057
gcristburger@gmail.com
713/783-4120
713/783-8812 (fax)
**ATTORNEY FOR PLAINTIFFS**