United States District Court
Southern District of Texas
**ENTERED**
October 25, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Manuel Perez Aguilar, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No.   H-18-212 |
| Mercer Transportation Co., Inc., and Jay Donald Stark, | § § § | |
| Defendants. | § | |

ORDER

Pursuant to the Stipulation of Dismissal With Prejudice filed on October 24, 2018 the above referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Clerk shall send a true copy to all counsel of record.

Signed this ____25____ day of October, 2018.

DAVID HITTNER
United States District Judge